UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. ~~99-199-01~~ 91 cr 199 (JLL) |
| | : | |
| GERARD RICHARDSON | : | ORDER |

The Defendant, Gerard Richardson, having pled guilty to a violation of supervised release, and having been sentenced on November 21, 1994, by the Honorable Alfred M. Wolin (now retired), (Donald J. McCauley, Esq. appearing for Defendant and a duly appointed Assistant United States Attorney appearing on behalf of the United States Attorney for the District of New Jersey),

IT IS, on this 16 day of October, 2012,

ORDERED that the Defendant is sentenced to a term of 11 months incarceration to run <u>consecutively</u> to the Defendant's imprisonment under any other state or federal sentence.

ORDERED that upon release from imprisonment, the Defendant shall be on supervised release for a term of 11 months.

_____
HONORABLE JOSE L. LINARES
United States District Judge